FILED '09 JAN 07 11:28 USDC-ORE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

OLGA PUTINSEV,

            **Plaintiff,**

v.

            Civil No. 08-6213-TC

SALEM HOSPITAL,

            **Defendant.**

## FINDINGS AND RECOMMENDATION

Plaintiff was ordered to show cause in writing not later than January 5, 2009, why this action should not be dismissed without prejudice for failure to serve summons and complaint. Fed. R. Civ. P. 4(m). Nothing has been filed in response to that order.

This action should be dismissed without prejudice.

Dated: January 7, 2009.

_____
United States Magistrate Judge

**FINDINGS AND RECOMMENDATION**